AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CALVIN EARL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | 4:12-CV-48-BO |
| ) | |
| US EEOC, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 5]. Plaintiff's "Motion to Strike and Modify Caption With the Appeal of the US Magistrate's Recommendation" [D.E. 7] is DENIED. Although Plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, this matter is DISMISSED.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>July 2, 2012</u> WITH A COPY TO:

Calvin Earl Brown, Pro Se (Via USPS to 31 Cherry Lane, Chocowinity, NC 27817)

| | |
|---|---|
| <u>July 2, 2012</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |