# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

CALVIN EARL BROWN,           )
                                   )
     Plaintiff,             )
                                   )
v.                                  )     **JUDGMENT IN A CIVIL CASE**
                                   )           **4:12-CV-48-BO**
                                   )
US EEOC,                   )
                                   )
     Defendant.         )

**Decision by the Court:**

     **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 5]. Plaintiff's "Motion to Strike and Modify Caption With the Appeal of the US Magistrate's Recommendation" [D.E. 7] is DENIED. Although Plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, this matter is DISMISSED.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>July 2, 2012</u> WITH A COPY TO:

Calvin Earl Brown, Pro Se (Via USPS to 31 Cherry Lane, Chocowinity, NC 27817)

<u>July 2, 2012</u>                          JULIE A. RICHARDS, Clerk
Date                                   Eastern District of North Carolina

                                             <u>/s/ Debby Sawyer</u>
                                             (By) Deputy Clerk

Raleigh, North Carolina